Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-cv-02280-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 10] AND MOTION FOR FEES AND COSTS [ECF No. 11]**<br><br>**(First Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
595740.1

Defendant Commonwealth Land Title Insurance Company ("Commonwealth") and Plaintiff HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7 ("HSBC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2020, HSBC filed its Complaint in the Eighth Judicial District Court, Case No. A-20-826559-C [ECF No. 1-1];
2. On December 16, 2020, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];
3. On January 14, 2021, HSBC filed a Motion for Remand [ECF No. 10];
4. On January 14, 2021, HSBC filed a Motion for Costs and Fees [ECF No. 11];
5. Commonwealth's deadline to respond to HSBC's Motion for Remand and Motion for Costs and Fees is currently January 28, 2021;
6. Commonwealth's counsel is requesting an extension until Thursday, February 18, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Commonwealth requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Commonwealth additional time to respond to the legal arguments set forth in HSBC's motions;
8. HSBC does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED** that Commonwealth's deadline to respond to HSBC's Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby extended through and including February 18, 2021.

Dated: January 22, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By:   */s/-- Sophia S. Lau*
 SCOTT E. GIZER
 SOPHIA S. LAU
 Attorneys for Defendant COMMONWEALTH
 LAND TITLE INSURANCE COMPANY

Dated: January 22, 2021

SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
 KEVIN S. SINCLAIR
 Attorneys for Defendant COMMONWEALTH
 LAND TITLE INSURANCE COMPANY

Dated: January 22, 2021

WRIGHT FINLAY & ZAK, LLP

By:   */s/-Lindsay D. Robbins*
 LINDSAY D. ROBBINS
 Attorneys for Plaintiff HSBC BANK USA, N.A.

**IT IS SO ORDERED:**

Dated: January 28, 2021

By: _____
 RICHARD F. BOULWARE, II
 UNITED STATES DISTRICT JUDGE



**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                   */s/ D'Metria Bolden*
                                   D'METRIA BOLDEN
                                   An Employee of EARLY SULLIVAN
                                   WRIGHT GIZER & McRAE LLP