Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:20-CV-02280-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **(FIRST REQUEST)** |
| Defendants. | |

    COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff HSBC Bank USA, N.A. ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

    1.    On December 16, 2020 HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;



1
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

2. On December 16, 2020, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 11, 2021, HSBC served its complaint on Commonwealth;

4. Commonwealth's response to HSBC's complaint is currently due on Monday, February 1, 2021;

5. Counsel for Defendants request a 30-day extension until Wednesday, March 3, 2021 for Commonwealth to file its response to HSBC's complaint to afford Commonwealth's counsel additional time to review and respond to HSBC's complaint.

6. Counsel for HSBC does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Commonwealth, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Commonwealth's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including March 3, 2021.

Dated: January 29, 2021                     SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
COMMONWEALTH LAND TITLE
INSURANCE COMPANY

Dated: January 29, 2021                     WRIGHT FINLAY & ZAK, LLP

By: _/s/-Darren T. Brenner_
DARRENT T. BRENNER
Attorneys for Plaintiff
HSBC BANK USA, N.A.

ORDER

**IT IS SO ORDERED**

**DATED:** 12:00 pm, February 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT