1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, Nevada Bar Number 12277
     *ksinclair@sinclairbraun.com*
8  SINCLAIR BRAUN LLP
   16501 Ventura Boulevard, Suite 400
9  Encino, California 91436
   Telephone:  (213) 429-6100
10 Facsimile:  (213) 429-6101

11 Attorneys for Defendant
   COMMONWEALTH LAND TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-cv-02280-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 10] AND MOTION FOR FEES AND COSTS [ECF No. 11]**<br><br>**(Second Request)** |
|---|---|



STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS
599875.1

Defendant Commonwealth Land Title Insurance Company ("Commonwealth") and Plaintiff HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7 ("HSBC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2020, HSBC filed its Complaint in the Eighth Judicial District Court, Case No. A-20-826559-C [ECF No. 1-1];
2. On December 16, 2020, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];
3. On January 14, 2021, HSBC filed a Motion for Remand [ECF No. 10];
4. On January 14, 2021, HSBC filed a Motion for Costs and Fees [ECF No. 11];
5. Commonwealth's deadline to respond to HSBC's Motion for Remand and Motion for Costs and Fees is currently February 18, 2021;
6. Commonwealth's counsel is requesting an extension until Thursday, March 4, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Commonwealth requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Commonwealth additional time to respond to the legal arguments set forth in HSBC's motions;
8. HSBC does not oppose the requested extension;
9. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
599875.1

**IT IS SO STIPULATED** that Commonwealth's deadline to respond to HSBC's Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby extended through and including March 4, 2021.

Dated: February 17, 2021          EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP

                                  By: _/s/-- Sophia S. Lau_____
                                      SCOTT E. GIZER
                                      SOPHIA S. LAU
                                      Attorneys for Defendant COMMONWEALTH
                                      LAND TITLE INSURANCE COMPANY

Dated: February 17, 2021          SINCLAIR BRAUN LLP

                                  By: _/s/-Kevin S. Sinclair_____
                                      KEVIN S. SINCLAIR
                                      Attorneys for Defendant COMMONWEALTH
                                      LAND TITLE INSURANCE COMPANY

Dated: February 17, 2021          WRIGHT FINLAY & ZAK, LLP

                                  By: _/s/-Darren T. Brenner_____
                                      DARREN T. BRENNER
                                      Attorneys for Plaintiff HSBC BANK USA, N.A.

**IT IS SO ORDERED:**

Dated: February 19, 2021          _____
                                  RICHARD E. BOULWARE, II
                                  United States District Court



2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS
599875.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

/s/ D'Metria Bolden
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP