Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-02280-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively "Defendants") and plaintiff HSBC Bank USA, National Association ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On December 16, 2020 HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 16, 2020, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On February 1, 2021, the Court granted the parties first stipulation to extend the time for Commonwealth to respond to the complaint until March 3, 2021 (ECF No. 18);

4. Counsel for Defendants request a 30-day extension through and including Friday, April 2, 2021 for Defendants to file their respective responses to HSBC's complaint to afford Defendants' counsel additional time to review and respond to HSBC's complaint.

5. Counsel for HSBC does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Friday, April 2, 2021.

Dated:  February 26, 2021   SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., and COMMONWEALTH LAND TITLE INSURANCE COMPANY.

Dated:  February 26, 2021   WRIGHT FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
HSBC BANK USA, NATIONAL ASSOCIATION

ORDER

**IT IS SO ORDERED**

**DATED:**  3:59 pm, March 03, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**