WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE COMPANY; EQUITY TITLE, LLC dba EQUITY TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02280-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 20]**<br><br>**[Second Request]** |

Plaintiff, HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7 ("HSBC Bank Trustee") and Defendant Equity Title, LLC dba Equity Title of Nevada ("Equity Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2020, HSBC Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-826559-C [ECF No. 1-1];

2. On December 16, 2020, Defendant Commonwealth Land Title Insurance Company filed its Petition for Removal to this Court [ECF No. 1];

3. On February 9, 2021, Equity Title filed a Motion to Dismiss [ECF No. 20];

4. On February 24, 2021 the Court entered a Stipulation and Order to Extend Time Period to Respond to Motion to Dismiss [ECF No. 25];

5. HSBC Bank Trustee's deadline to respond to Equity Title's Motion to Dismiss is currently March 25, 2021;

6. Deutsche Bank Trustee's counsel is requesting an extension until April 26, 2021, to file its response to the pending Motion to Dismiss;

7. This extension is requested to allow HSBC Bank Trustee additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for HSBC Bank Trustee continues to recover from an unexpected medical emergency.

8. Counsel for Equity Title does not oppose the requested extension;

9. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2021.                    DATED this 23rd day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP                              HOLLEY DRIGGS

*/s/ Lindsay D. Robbins*                                */s/ Marilyn Fine*
Lindsay D. Robbins, Esq.                                Marilyn Fine, Esq.
Nevada Bar No. 13474                                    Nevada Bar No. 5949
7785 W. Sahara Ave., Suite 200                          400 S. Fourth Street, Third Floor
Las Vegas, NV 89117                                     Las Vegas, NV 89101
*Attorneys for Plaintiff, HSBC Bank USA,*               *Attorney for Defendant, Equity Title, LLC*
*National Association, as Trustee for Lehman*           *dba Equity Title of Nevada*
*Mortgage Trust Mortgage Pass-Through*
*Certificates Series 2006-7*

**IT IS SO ORDERED.**

Dated this <u>24th</u> day of March, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court