WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE COMPANY; EQUITY TITLE, LLC dba EQUITY TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02280-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 35-36]**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7 ("HSBC Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc. and Defendant Commonwealth Land Title Company ("Commonwealth", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2020, HSBC Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-826559-C [ECF No. 1-1];

2. On December 16, 2020, Commonwealth filed its Petition for Removal to this Court [ECF No. 1];

3. On March 30, 2021, Defendants filed their Motions to Dismiss [ECF No. 35-36];

4. HSBC Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently April 13, 2021;

5. HSBC Bank Trustee's counsel is requesting an extension until May 13, 2021, to file its response to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for HSBC Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2021.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7*

DATED this 9th day of April, 2021.

SINCLAIR BRAUN LLP

/s/ Kevin S. Sinclair
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc. and Commonwealth Land Title Company*

**IT IS SO ORDERED.**

Dated this  12th  day of April, 2021.

RICHARD F. BOULWARE, II
United States District Court