Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>          Defendants. | Case No.: 2:20-CV-02280-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS (ECF Nos. 35, 36)** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively, "Defendants") and plaintiff HSBC Bank USA, National Association ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 16, 2020, HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 16, 2020, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On March 30, 2021, FNTG and Commonwealth moved to dismiss HSBC's complaint. (ECF Nos. 35, 36.);

4. On May 13, 2021, HSBC filed its opposition to FNTG's motion to dismiss (ECF No. 45) and Commonwealth's motion to dismiss (ECF No. 46). HSBC also filed a countermotion for partial summary judgment in response to Commonwealth's motion to dismiss. (ECF No. 47.);

5. Defendants' respective replies supporting their motions to dismiss are due on May 20, 2021, while Commonwealth's response to HSBC's countermotion for partial summary judgment is due on June 3, 2021;

6. Counsel for Defendants are requesting a two-week extension of their deadline to file their respective replies supporting their motions to dismiss, through and including June 3, 2021, (such that FNTG's reply, Commonwealth's reply, and Commonwealth's opposition to the countermotion are all due on June 3, 2021) to afford Defendants' counsel additional time to review and respond to HSBC's various oppositions.

7. Counsel for HSBC does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//

8. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies to their motions to dismiss are hereby extended through and including June 3, 2021.

Dated: May 14, 2021   SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE GROUP,
     INC., and COMMONWEALTH LAND
     TITLE INSURANCE COMPOANY

Dated: May 14, 2021   WRIGHT, FINLAY & ZAK, LLP


By:  /s/-Lindsay D. Robbins
     LINDSAY D. ROBBINS
     Attorneys for Plaintiff
     HSBC BANK USA, NATIONAL
     ASSOCIATION

**IT IS SO ORDERED.**

Dated this  18th  day of    May     , 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

