MARILYN FINE, ESQ.
Nevada Bar No. 5949
E-mail: mfine@nevadafirm.com
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

*Attorney for Equity Title, LLC dba
Equity Title of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; EQUITY TITLE, LLC dba EQUITY TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-2280- RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD FOR REPLY IN SUPPORT OF MOTION TO DISMISS**<br>[ECF Nos. 20, and 43]<br><br>**[First Request]** |

Defendant, Equity Title, LLC dba Equity Title of Nevada ("Equity Title"), and Plaintiff, HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7 ("HSBC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2020, HSB filed its Complaint in the Eighth Judicial District Court, Case No. A-20-826559-C; and Defendant Commonwealth Land Title Company filed its petition for removal to this Court [ECF Nos. 1 and 1-1]

2. HSBC served Equity Title with the summons and complaint on January 6, 2021 [ECF No. 9]; and Equity Title filed a Motion to Dismiss on February 9, 2021 [ECF No. 20].

3. HSBC filed its Opposition to Equity Title's Motion to Dismiss on April 26, 2021 [ECF No. 43], resulting in deadline of May 3, 2021 for Equity Title's Reply.

4. Equity Title inadvertently failed to file a Reply in Support of its Motion to Dismiss by this deadline due to a calendaring problem and inter-office miscommunications. Equity Title is requesting leave to file a Reply after the initial deadline, and HSBC has graciously agreed to stipulate to extend the deadline to May 24, 2021, agreeing that the circumstances are excusable neglect. The parties agree that the extension is prudent under LR IA 6-1.

5. This is Equity Title's first request for an extension, and it has been made in good faith.

**IT IS SO STIPULATED.**

DATED this 18th day of May, 2021          DATED this 18th day of May, 2021

**WRIGHT, FINLAY & ZAK, LLP**          **HOLLEY DRIGGS**

/s/ *Darren T. Brenner*          /s/ *Marilyn Fine*
Darren T. Brenner, Esq.          Marilyn Fine, Esq.
Christina Miller, Esq.          Jessica M. Lujan, Esq.
WRIGHT, FINLAY & ZAK, LLP          400 South Fourth Street, 3rd Floor
7785 W. Sahara Ave., Suite 200          Las Vegas, NV 89101
Las Vegas, NV 89117 *Attorneys for Plaintiff HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7*          *Attorneys for Defendant Equity Title, LLC dba Equity Title of Nevada*

**IT IS SO ORDERED:**

DATED: May 19, 2021.

RICHARD E. BOULWARE, II
United States District Court