Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-02280-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 35, 36, 47)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively, "Defendants") and plaintiff HSBC Bank USA, National Association ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 16, 2020, HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 16, 2020, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On March 30, 2021, FNTG and Commonwealth moved to dismiss HSBC's complaint (ECF Nos. 35, 36);

4. On May 13, 2021, HSBC filed its opposition to FNTG's motion to dismiss (ECF No. 45) and Commonwealth's motion to dismiss (ECF No. 46). HSBC also filed a countermotion for partial summary judgment in response to Commonwealth's motion to dismiss (ECF No. 47);

5. On May 18, 2021, the Court granted the Parties' first stipulation to extend the deadline for Defendants to reply in support of their motions to dismiss through June 3, 2021. (ECF No. 51);

6. Counsel for Defendants are requesting a two-week extension of their deadline to file their respective replies supporting their motions to dismiss and for Commonwealth to oppose the motion for partial summary judgment, through and including June 17, 2021 to afford Defendants' counsel additional time to review and respond to HSBC's various oppositions and the countermotion.

7. Counsel for HSBC does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//



8. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies to their motions to dismiss and for Chicago Title to oppose the motion for partial summary judgment are hereby extended through and including June 17, 2021.

Dated: May 26, 2021   SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., and COMMONWEALTH LAND TITLE INSURANCE COMPOANY

Dated: May 26, 2021   WRIGHT, FINLAY & ZAK, LLP

By:  */s/-Christina V. Miller*
CHRISTINA V. MILLER
Attorneys for Plaintiff
HSBC BANK USA, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  3rd  day of    June     , 2021.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

